```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Katharine S. Hayden
                               :
            v.                 :    Crim. No. 04-583(KSH)
                               :
ALFRED S. TEO, SR., and        :
JOHN D. REIER                  :    ORDER
```

This matter having been brought before the Court on the motion of defendant Alfred S. Teo, Sr. (Richard D. Marshall, Esq., appearing) and the motion of defendant John Reier (John McDonald, Esq., appearing), on notice to the United States (John Vazquez, A.U.S.A., appearing); for the dismissal of certain counts of the Superseding Indictment and for severance; and the Court having considered all arguments and submissions of counsel; and for the reasons stated by the Court orally on the record on August 15, 2005; and for good cause being shown;

IT IS on this 29th day of August, 2005

ORDERED that defendant Teo's motion to dismiss Counts 4 through 6 and Counts 10 through 17 of the Superseding Indictment is DENIED; and it is

FURTHER ORDERED that defendant Teo's motion to dismiss Counts 1 through 3 of the Superseding Indictment is DENIED; and it is

      FURTHER ORDERED that defendant Reier's motion for a severance from defendant Teo is DENIED.

                                            /s/ Katharine S. Hayden
                                        HON. KATHARINE S. HAYDEN
                                        United States District Judge